### Donald SALMANSON

v.

### Morris KARKLIN et al.

### No. 79-70-Appeal.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Melvin A. Chernick, Providence, for plaintiff.

Smith & Smith, Incorporated, Z. Hershel Smith, Providence, for defendants.

## ORDER

The defendants appeared before us on November 7, 1979 in response to our order to show cause why their appeal should not be dismissed in light of our rulings in *Nass v. Garniss*, 44 R.I. 162, 116 A. 341 (1922) and *Grayboyes v. Shatz*, 74 R.I. 495, 62 A.2d 512 (1948). The defendants having failed to show cause the appeal is hereby dismissed.

### SAVOY REALTY CORPORATION

v.

### L. P. L., INC.

### No. 79-97-Appeal.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Smith & Smith, Incorporated, Z. Hershel Smith, Providence, Edward M. Botelle, Westerly, for plaintiff.

Longolucco, Lenihan & Orsinger, James J. Longolucco, Westerly, for defendant.

## ORDER

This case comes before us on defendant's motion to dismiss for plaintiff's failure to file a $375,000 bond as ordered by the Superior Court, and on defendant's motion, pursuant to Rule 16(g), to affirm the judgment of the Superior Court. The defendant's motion to dismiss for plaintiff's failure to file the bond is denied as being moot. The motion pursuant to Rule 16(g) to affirm the judgment below is granted in light of our holding in *Sweetman v. Town of Cumberland*, 117 R.I. 134, 364 A.2d 1277 (1976).